1

2

3                    IN THE UNITED STATES DISTRICT COURT

4
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5

6

7   Janet Mitchell, et al.                          CASE NO. 3:12-cv-03499-SI

8            Plaintiff,                              (Proposed)
                                                    **ORDER GRANTING APPLICATION**
9      v.                                           **FOR ADMISSION OF ATTORNEY**
                                                    ***PRO HAC VICE***
10  Pfizer, Inc., et al.

11

12            Defendant.
    _____/

13

14  Jason Dunahoe                          , whose business address and telephone number is

15  Heard Robins Cloud & Black, LLP, 9 Greenway Plaza, Suite 2300, Houston, TX 77046 (713)
    650-1200

16

17  and who is an active member in good standing of the bar of  Texas

18  having applied in the above-entitled action for admission to practice in the Northern District of

19  California on a pro hac vice basis, representing  Janet Mitchell, et al.

20       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22  *vice.* Service of papers upon and communication with co-counsel designated in the application

23  will constitute notice to the party. All future filings in this action are subject to the requirements

24  contained in General Order No. 45, *Electronic Case Filing.*

25

26  Dated:  7/10/12
    _____
27                                           Susan Illston
                                             United States  District     Judge
28

**United States District Court**
For the Northern District of California