IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Janet Mitchell, et al.

        Plaintiff,

  v.

Pfizer, Inc., et al.

        Defendant.

CASE NO. 3:12-cv-03499-SI

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Jason Dunahoe, whose business address and telephone number is Heard Robins Cloud & Black, LLP, 9 Greenway Plaza, Suite 2300, Houston, TX 77046 (713) 650-1200

and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Janet Mitchell, et al.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7/10/12

    Susan Illston
    United States District Judge