| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MITCHELL, STEPHEN MITCHELL, JULIE SANDOVAL, and ARTHUR SANDOVAL,<br><br>                    Plaintiffs,<br><br>       v.<br><br>PFIZER, INC.; WYETH, INC.; WYETH PHARMACEUTICALS, INC.; WYETH HOLDINGS CORP.; MCKESSON CORPORATION; JOHN DOE MANUFACTURER DEFENDANTS (1-50); JANE DOE DRUGS DISTRIBUTOR DEFENDANTS (1-50); and JILL DOE (1-50),<br><br>                    Defendants. | CIVIL ACTION NO. 3:12-cv-03499-SI<br><br>[*Assigned to Hon. Susan Illston – Courtroom 10*]<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER SHORTENING TIME ON DEFENDANTS PFIZER INC, WYETH PHARMACEUTICALS INC., AND WYETH HOLDINGS CORP.'S MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO *IN RE DIET DRUGS (PHENTERMINE / FENFLURAMINE / DEXFENFLURAMINE) PRODS. LIAB. LITIG.,* MDL-1203**<br><br>Removal Filed: July 5, 2012 |

The Court, upon review and consideration of the *Ex Parte* Motion For An Order Shortening Time On Hearing On Defendants Pfizer Inc, Wyeth Pharmaceuticals Inc., and Wyeth Holdings Corp.'s (collectively, "Defendants") Motion to Stay All Proceedings Pending Transfer To *In re Diet Drugs (Phentermine / Fenfluramine / Dexfenfluramine) Products Liability Litigation*, MDL-1203, hereby GRANTS the Motion.

The hearing on Defendants' Motion to Stay shall be set on ~~August 17, 2012 [O~~R __August 24__, 2012] at 9:00 a.m. In addition, the parties' proposed briefing schedule is approved. Any supplemental opposition by Plaintiffs shall be due on August 3, 2012. Defendants' reply shall be due on August 10, 2012. ~~[OR The Court sets briefing on the Motion to Stay as follows. Any supplemental opposition by Plaintiffs shall be due on _____, 2012. Defendants' reply shall be due on _____, 2012.]~~

**IT IS SO ORDERED.**

Dated: __7/27/12__                                     /s/ Susan Illston
                                                                  Honorable Susan Illston
                                                                  United States District Court Judge