UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MITCHELL, STEPHEN MITCHELL, JULIE SANDOVAL, and ARTHUR SANDOVAL,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC.; WYETH, INC.; WYETH PHARMACEUTICALS, INC.; WYETH HOLDINGS CORP.; MCKESSON CORPORATION; JOHN DOE MANUFACTURER DEFENDANTS (1-50); JANE DOE DRUGS DISTRIBUTOR DEFENDANTS (1-50); and JILL DOE (1-50),<br><br>Defendants. | CIVIL ACTION NO. 3:12-cv-03499-SI<br><br>[*Assigned to Hon. Susan Illston – Courtroom 10*]<br><br>[~~PROPOSED~~] **ORDER GRANTING** *EX PARTE* **MOTION FOR AN ORDER SHORTENING TIME ON DEFENDANTS PFIZER INC, WYETH, INC., WYETH PHARMACEUTICALS INC., AND WYETH HOLDINGS CORP.'S MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO** *IN RE DIET DRUGS (PHENTERMINE / FENFLURAMINE / DEXFENFLURAMINE) PRODS. LIAB. LITIG.,* **MDL-1203**<br><br>Removal Filed: July 5, 2012 |

1  The Court, upon review and consideration of the *Ex Parte* Motion For An Order
2  Shortening Time On Hearing On Defendants Pfizer Inc, Wyeth Pharmaceuticals Inc., and Wyeth
3  Holdings Corp.'s (collectively, "Defendants") Motion to Stay All Proceedings Pending Transfer
4  To *In re Diet Drugs (Phentermine / Fenfluramine / Dexfenfluramine) Products Liability*
5  *Litigation*, MDL-1203, hereby GRANTS the Motion.

6  The hearing on Defendants' Motion to Stay shall be set on ~~August 17, 2012 [~~OR
7  __August 24_____, 2012] at 9:00 a.m. In addition, the parties' proposed briefing schedule
8  is approved. Any supplemental opposition by Plaintiffs shall be due on August 3, 2012.
9  Defendants' reply shall be due on August 10, 2012. [~~OR The Court sets briefing on the Motion to~~
10 ~~Stay as follows. Any supplemental opposition by Plaintiffs shall be due on _____,~~
11 ~~2012. Defendants' reply shall be due on _____, 2012.]~~

12  **IT IS SO ORDERED.**

13  Dated: __7/27/12_____           _____Susan Illston_____
14                                         Honorable Susan Illston
                                           United States District Court Judge